UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| STARSTONE NATIONAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>POLYNESIAN INN, LLC d/b/a DAYS INN OF KISSIMMEE; ANDREW JAMES BICKFORD; and JANE DOE, as Personal Representative of the Estate of ZACKERY RYAN GANOE,<br><br>        Defendants. | CASE NO.:   6:18-cv-1048-ORL-31-TBS |

**PLAINTIFF'S RENEWED MOTION FOR A CLERK'S DEFAULT AGAINST JANE DOE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ZACKERY RYAN GANOE**

Plaintiff, STARSTONE NATIONAL INSURANCE COMPANY ("Plaintiff" or "StarStone"), pursuant to Federal Rule of Civil Procedure 55, renews its Motion for a Clerk's Default against Defendant, JANE DOE, as Personal Representative of THE ESTATE OF ZACKERY RYAN GANOE and in support thereof states as follows:

1.    On July 2, 2018, Plaintiff filed its Complaint for declaratory relief against POLYNESIAN INN, LLC d/b/a DAYS INN OF KISSIMMEE, ANDREW JAMES BICKFORD, and Ganoe. *See* [D.E. 1].

2.    In the Complaint, Plaintiff seeks a determination that no coverage exists under the StarStone Policy at issue with respect to the claims arising out of the subject incident at the Days Inn of Kissimmee on or about April 11, 2017. *See* [D.E. 1].

3.     When Starstone initially filed its Complaint, the Estate of Zackery Ganoe was in the process of being established and the personal representative of the Estate had not been named. *See* [DE 1] at ¶12.  Starstone accordingly sued Jane Doe,[1] as Personal Representative of the Estate of Ganoe. *See id.*

4.     Starstone monitored the probate proceedings and obtained extensions of time from this Honorable Court in order to have the Estate served because the personal representative had not yet been named. *See* [DE 26]; [DE 27]; [DE 42]; [DE 43].  Starstone had through January 29, 2019 to serve the Estate. *See* [DE 43].

5.     In December of 2018, Starstone became aware that Jeremy Ganoe was appointed Personal Representative of the Estate of Ganoe. *See* Order Appointing Personal Representative, attached heretofore as ***Exhibit "A;"*** Letters of Administration, attached heretofore as ***Exhibit "B."***

6.     Starstone obtained information that Jeremy Ganoe resided at 612 Morgantown Street, Point Marion, PA 15474 from: 1) probate counsel for the Estate; and 2) an accurint report. *See* redacted accurint report[2], attached heretofore as ***Exhibit "C."***

7.     Starstone served the Jeremy Ganoe via co-habitant that was over the age of 15, who coincidentally is also  named Zackery Ganoe.[3] *See* [DE 58]; *see also* return of service on Jeremy Ganoe [DE 56].

---

[1] Jane Doe because Starstone believed the personal representative of the Estate would be the decedent's mother.

[2] The accurint report has been redacted to display only the address summary.

[3] Upon information and belief, this is the decedent's uncle.

- 2 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

8. Starstone initially moved for a Clerk's Default against the Estate [DE 58] but same was denied [DE 59] as this Court did not have information concerning the identity and residence of the Personal Representative of the Estate. *See* [DE 59] at 2.

9. In its renewed Motion for Clerk's Default against the Estate, Starstone provides this Honorable Court with said information. *See* supra at ¶¶5-6.

10. Pursuant to Federal Rule of Civil Procedure 4(e), an individual within the judicial district of the United States may be served by, *inter alia*, following the applicable state law rules of civil procedure, or by delivering a copy of the summons and complaint to the individual personally. FED. R. CIV. P. 4(e).

11. Pursuant to Florida Statute 48.031, personal service is effected by:

> service of original process is made by delivering a copy of it to the person to be served with a copy of the complaint, petition, or other initial pleading or paper *or by leaving the copies at his or her usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents*. Minors who are or have been married shall be served as provided in this section.

FLA. STAT. §48.031(1)(a) (emphasis added).

12. Starstone properly served the Complaint on the Estate, at 612 Morgantown Street, Point Marion, PA 15474 on January 29, 2019. *See* Return of Service on Defendant Estate [D.E. 56].

13. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), the Estate's response to the Complaint was due on February 19, 2019. FED. R. CIV. P. 12(a)(1)(A).

14. To date, Defendant Ganoe has failed to plead, file a responsive pleading to, or otherwise defend against Starstone's Complaint.

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

15. Accordingly, Plaintiff applies to the Clerk for an entry of a default, against the Defendant Estate, pursuant to Federal Rule of Civil Procedure 55(a).

WHEREFORE, Plaintiff, STARSTONE NATIONAL INSURANCE COMPANY, respectfully requests this Motion for Default be granted and a Clerk's Default be entered against Defendant Ganoe.

          Respectfully submitted,

          s/Viviana A. Loshak
          Rory Eric Jurman
          Fla. Bar No. 194646
          Email: rjurman@fowler-white.com

          Viviana Arango Loshak
          Fla. Bar No. 84869
          Email: vloshak@fowler-white.com

          Ashley N. Flynn
          Fla. Bar No. 124995
          Email: aflynn@fowler-white.com

          FOWLER WHITE BURNETT, P.A.
          One Financial Plaza, Suite 2100
          100 Southeast Third Avenue
          Fort Lauderdale, Florida 33394
          Telephone:   (954) 377-8100
          Facsimile:   (954) 377-8101

- 4 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2019, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/ Rory Eric Jurman</u>
Rory Eric Jurman

- 5 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

## SERVICE LIST

CASE NO. 6:18-cv-1048-ORL-31-TBS

Scott Busby, Esq,
Busby, Negin Attorneys at Law
8200 Roberts Drive
Suite 201
Atlanta, GA 30350
E-Mail: busby@busbynegin.com
Telephone: (470) 275-3042
**Attorney for Andrew James Bickford**

Todd R. Falzone, Esq.
Karina D. Rodrigues, Esq.
Kelley Uustal, PLC
Kelley Uustal Courthouse Law Plaza
700 SE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33316
E-Mail: trf@kulegal.com
kdr@kulegal.com
Telephone: (954) 522-6601
Facsimile: (954) 522-6608
**Attorney for Counsel for Andrew Bickford**

Mark A. Nation, Esq.
Gregory Smartwood, Esq.
The Nation Law Firm
570 Crown Oak Centre Drive
Longwood, FL 32750
E-Mail: mnation@nationlaw.com
gswartwood@nationlaw.com
Telephone: (407) 337-1104
Facsimile: (407) 339-1118
**Attorney for Polynesian Inn, LLC DBA Days Inn of Kissimmee**

- 6 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100