# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STARSTONE NATIONAL INSURANCE COMPANY,**

    **Plaintiff,**

v.                                             Case No: 6:18-cv-1048-Orl-31EJK

**POLYNESIAN INN, LLC, ANDREW JAMES BICKFORD and JANE DOE,**

    **Defendants.**

## ORDER

On July 1, 2019, Plaintiff, Starstone National Insurance Company, moved for entry of default judgment against Jane Doe, as personal representative of the estate of Zachery Ryan Ganoe (Doc. 79). Defendant Polynesian Inn opposed the Motion (Doc. 86). On July 19, 2019, Magistrate Judge Smith issued a Report and Recommendation recommending denial of the Motion because entry of a default judgment against the Ganoe estate could result in an inconsistent judgment with respect to the contested claim against the Co-defendant, James Bickford (Doc. 88).

On August 2, 2019, Plaintiff filed an objection to the Report and Recommendation (Doc. 91). By its objection, Plaintiff makes two arguments, one of which is absurd, and the other clearly without merit.

As for its first objection, Magistrate Judge Smith retired on July 24, 2019, and this case was reassigned to Magistrate Judge Kidd (Doc. 89). Plaintiff argues, without citation to authority or common sense, that the assignment to Magistrate Judge Kidd somehow renders the Report and Recommendation "moot and/or overruled. . . ." (*Id.,* ¶7) (Doc. 91, ¶ 7). It is difficult to

comprehend how a lawyer licensed to practice law in Florida could make such a ridiculous argument.

As for the second objection, it is also clearly without merit. Plaintiff contends that a default judgment against the Ganoe estate will simply prohibit it from asserting a defense in this litigation (Doc. 91, p. 6). This is true with respect to the extant entry of default, but a default judgment would result in the issuance of the requested declaratory relief, and that would produce a potential inconsistent result should Plaintiff fail to prevail as to Defendant Andrew James Bickford.

Accordingly, having considered the Report and Recommendation *de novo*, it is

**ORDERED** that Plaintiff's objections are OVERRULED. The Report and Recommendation is confirmed and adopted as part of this Order and the Motion for entry of default judgment is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 14, 2019.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party